# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KIMBERLY HOPKINS

VERSUS

CHASE ALAN RILEY

NO.  2025 CW 1225

**MARCH 27, 2026**

---

In Re:   Kimberly Hopkins, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 162508.

---

**BEFORE:**   **McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

   **WRIT GRANTED.** The district court's November 12, 2025 judgment which recused DeDe Ferrara and Frank Ferrara from representing Kimberly Hopkins in this matter is reversed.  There appears to be no dispute that DeDe Ferrara represented Kimberly Hopkins in this matter, engaging in discovery and court conferences, for approximately one year prior to Chase Riley requesting disqualification of counsel.  Courts have found that the right to urge disqualification of an opposing counsel may be waived by failure to raise the issue early in the proceedings.  **Keith v. Keith**, 48,919 (La. App. 2d Cir. 5/15/14), 140 So.3d 1202, 1209, citing **Brasseaux v. Girouard**, 214 So.2d 401 (La. App. 3d Cir. 1968), writ ref'd, 253 La. 60, 216 So.2d 307 (1968).  See also **Marks v. Marks**, 2021-741 (La. App. 5th Cir. 9/28/22), 349 So.3d 1071, 1077, citing **Brasseaux** ("Although the district-court record in this matter was in limbo for six months before being transferred to Jefferson Parish, Ms. De Luca's firm filed motions on Mr. Marks' behalf in August 2020, soon after the case lodged in the 24th JDC. Yet the motion to disqualify Ms. Thomas and her firm was not filed until November 11, 2020, on the eve of a substantive hearing. The failure to timely object to Ms. Thomas's representation of Ms. Lazarone constitutes a tacit waiver of his objection to that representation.")

                              HG
                              TPS

   **McClendon, C.J.,** concurs.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT